UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHRYN GUPTON, Individually and )
as next friend and parent of S.T., a minor, )
)
    Plaintiffs, )
)
v. ) No. 3:08-0862
) JUDGE HAYNES
)
DOUBLE DOWN TRANSPORT, INC., and )
ROY E. MORRISON, )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion for partial summary judgment (Docket Entry No. 25) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 14th day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge