## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

KATHRYN GUPTON, Individually and )
as next friend and parent of S.T., and minor, )
                                )
        Plaintiffs,            )      NO. 3:08-0862
                                )      JUDGE HAYNES
v.                               )
                                )
DOUBLE DOWN TRANSPORT, INC., )
and ROY E. MORRISON,         )
                                )
        Defendants.         )

## O R D E R

Upon review of the file, Plaintiff was Ordered to show cause for the necessity of further proceedings in this action. (Docket Entry No. 35). To date, Plaintiff has failed to do so.

This action is **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the ___26th___ day of May, 2011.

                                   WILLIAM J. HAYNES, JR.
                                   United States District Judge